IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MCG MANAGEMENT, INC., for itself )<br>and d/b/a CHILDRENS DENTAL )<br>CENTER OF ROME; TERRI BLALOCK, )<br>as parent of E. B.; E.B., a minor; )<br>ANGELA CARTER AND JERRY )<br>CARTER, as parents of B.C.; B.C., a )<br>minor; BRANDI MARIE SHANKS, as )<br>parent of B.S.F.; B.S.F., a minor; E.E., a )<br>minor, by and through his mother and next )<br>friend CARRIE EDMONDSON, )<br>)<br>Defendants. ) | Civil Action<br><br>File No.  4:14-CV-00015-HLM |

## CONSENT TO FILING OF AMENDED COMPLAINT

Comes Now, Plaintiff Maryland Casualty Company ("Maryland Casualty") and Defendants MCG Management, Inc., for itself and d/b/a Childrens Dental Center of Rome; Terri Blalock, as parent of E.B.; E.B., a minor; Angela Carter And Jerry Carter, as parents of B.C.; B.C., a minor; Brandi Marie Shanks, as parent of B.S.F.; and B.S.F., a minor, and hereby consent that Maryland Casualty may file its Amended Complaint for Declaratory Judgment pursuant to Fed. R. Civ. P. 15(a)(2).

1

This 11th day of June, 2014.

Consented to by:

/s/Christopher C. Meeks
Seth M. Friedman
Georgia Bar Number 141501
Christopher C. Meeks
Georgia Bar No. 371020

WEISSMAN, NOWACK, CURRY & WILCO, P.C.
One Alliance Center
3500 Lenox Road, 4th Floor
Atlanta, Georgia 30326
(404) 926-4500
(404) 926-4600 (Fax)
sethfriedman@wncwlaw.com
christophermeeks@wncwlaw.com
*Attorneys for Plaintiff*

Consented to by:

/s/Joseph W. Watkins
Joseph W. Watkins
Georgia Bar No. 740525
(by CCM w/express permission)
Lance D. Lourie
Georgia Bar No. 458520

WATKINS, LOURIE,
ROLL & CHANCE, P.C.
3348 Peachtree Rd., NE
Suite 1050, Tower Place 200
Atlanta, Georgia 30326
(404) 760-7400
404) 760-7409 (Fax)
jww@wlr.net
ldl@wlr.net

Consented to by:

/s/M. Paul Reynolds
M. Paul Reynolds
Georgia Bar No. 601573
(by CCM w/express permission)

HOUCK REGAS, LLC
Two Ravinia Drive, Suite 1020
Atlanta, Georgia 30346
(770) 392-6080
(770) 392-6083 (Fax)
paul@houck-regas.com
*Attorney for Angela Carter and Jerry Carter, as parents of B.C.; B.C., a minor, and Brandi Marie Shanks, as parent of B.S.F.; B.S.F., a minor*

Consented to by:

/s/Christopher P. Twyman
Christopher P. Twyman
Georgia Bar No. 720660
(by CCM w/express permission)

COX, BYINGTON, BRUMLOW & TWYMAN, LLP
711 B road Street
Rome, Georgia 30161
(706) 291-2002
(706) 291-6242 (Fax)
btjohnson.law@bellsouth.net
twyman@bellsouth.net
*Attorneys for MCG Management, Inc.*

William L. Lundy, Jr.
Georgia Bar No. 461185
PARKER AND LUNDY
Post Office Box 1018
212 Main Street
Cedartown, Georgia 30125
(770) 748-5643
(770) 748-5128 (Fax)
*Attorneys for Defendants Terri Blalock, As*
*Parent of E.B. and E.B., A Minor*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on June 11, 2014, I electronically filed **CONSENT TO FILING OF AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system which will automatically send email notification for such filing to the following attorneys of record:

Bryan Thomas Johnson
btjohnson.law@bellsouth.net

Christopher Paul Twyman
twyman@bellsouth.net

Joseph W. Watkins
jww@wlr.net

Lance D. Lourie
ldl@wlr.net

And by placing a copy of same in the United States Mail, with adequate postage affixed thereto, to the following:

William L. Lundy, Jr.
Parker and Lundy
Post Office Box 1018
212 Main Street
Cedartown, Georgia  30125

This 11th day of June, 2014.

<u>/s/ Christopher C. Meeks</u>
Christopher C. Meeks
Georgia Bar Number 371020
*Attorney for Plaintiff*

WEISSMAN, NOWACK, CURRY & WILCO, P.C.
One Alliance Center
3500 Lenox Road, 4th Floor
Atlanta, Georgia 30326
(404) 926-4500
Fax (404) 926-4600
christophermeeks@wncwlaw.com