IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | |
| ) | File No. 4:14-CV-00015-HLM |
| MCG MANAGEMENT, INC., for itself ) | |
| and d/b/a CHILDRENS DENTAL ) | |
| CENTER OF ROME, ET AL., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Maryland Casualty Company ("Maryland Casualty") hereby respectfully moves this Court for summary judgment pursuant to Federal Rule of Civil Procedure 56. In support of this motion, Maryland Casualty relies on the following:

- Plaintiff's Statement of Material Facts as to Which There Is No Genuine Issue to Be Tried.

- Plaintiff's Brief in Support of Its Motion for Summary Judgment.

- Plaintiff's Appendix of Exhibits in Support of Its Motion for Summary Judgment.

1

- The Fed. R. Civ. P. 30(b)(6) Deposition of Defendant MCG Management, Inc. ("MCG Management") The pages of the transcript cited by Maryland Casualty are attached as Exhibit 1 to Plaintiffs' Appendix of Exhibits.

In its Brief in Support of its Motion for Summary Judgment, Maryland Casualty shows the Court that there are no genuine issues of material fact and that Maryland Casualty is entitled to summary judgment as a matter that it has no duty to defend or indemnify MCG Management in connection with any demands, claims, or suits filed or asserted by Defendants Terri Blalock, as parent of E.B.; E.B., a minor; Angela Carter and Jerry Carter, as parents of B.C.; B.C., a minor; Brandi Marie Shanks, as parent of B.S.F.; B.S.F., a minor; E.E., a minor, by and through his mother and next friend Carrie Edmondson; W.K.P., a minor; and Lionel Bernard Peugh, as parent of W.K.P. Wherefore, Maryland Casualty respectfully requests that this Court grant its motion for summary judgment.

Respectfully submitted this 20th day of April, 2015.

/s/Christopher C. Meeks
Seth M. Friedman
Georgia Bar No. 141501
Christopher C. Meeks
Georgia Bar No. 371020
*Attorneys for Plaintiff*

Weissman, Nowack, Curry & Wilco, PC
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta, Georgia 30326
(404) 926-4500

(404) 926-4600 (Fax)
sethfriedman@wncwlaw.com
christophermeeks@wncwlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | |
| ) | File No. 4:14-CV-00015-HLM |
| MCG MANAGEMENT, INC., for itself ) | |
| and d/b/a CHILDRENS DENTAL ) | |
| CENTER OF ROME, ET AL., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF COMPLIANCE**

Counsel certifies that this filing is prepared with Times New Roman 14-point font in compliance with Local Rule 5.1.

This 20th day of April, 2015.

                                    /s/Christopher C. Meeks
                                    Christopher C. Meeks
WEISSMAN, NOWACK,        Georgia Bar Number 371020
CURRY & WILCO, P.C.
One Alliance Center
3500 Lenox Road, 4th Floor
Atlanta, Georgia 30326
(404) 926-4500
Fax (404) 926-4600

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2015, I electronically filed the foregoing **PLAINTIFF MARYLAND CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT** with the Court using the CM/ECF system which will automatically send E-mail notification of such filing to the following attorney of record:

Bryan Thomas Johnson
btjohnson.law@bellsouth.net

Christopher Paul Twyman
twyman@bellsouth.net

M. Paul Reynolds
paul@houck-regas.com

Joseph W. Watkins
jww@wlr.net

Lance D. Lourie
ldl@wlr.net

Robert Kirkley Finnell
bob@finnellfirm.com

And by placing a copy of same in the United States Mail, with adequate postage affixed thereto, to the following:

5

William L. Lundy, Jr.
Parker and Lundy
Post Office Box 1018
212 Main Street
Cedartown, Georgia  30125

/s/Christopher C. Meeks
Christopher C. Meeks
Georgia Bar Number 371020
*Attorney for Plaintiff*

WEISSMAN, NOWACK, CURRY & WILCO, P.C.
One Alliance Center
3500 Lenox Road, 4th Floor
Atlanta, Georgia 30326
(404) 926-4500
(404) 926-4600 (Fax)
christophermeeks@wncwlaw.com

6